## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **VIP PHARMACY, INC.,** | : | **Chapter 11** |
| | | : | |
| | **Debtor** | : | |
| | | : | **Bky. No.  21-10428 ELF** |
| | | : | |

# O R D E R

 **AND NOW**, the Debtor having commenced the above-captioned chapter 11 case on

**February 23, 2021**and having elected to proceed under subchapter V of title 11, it is therefore

**ORDERED** that:

1. Pursuant to 11 U.S.C. §1188(c), **on or before April 7, 2021**, the Debtor shall file a Status

    Report, substantially in form as set forth in Appendix A to this Order.

2. Pursuant to 11 U.S.C. §1188(a), a Status Conference is **SCHEDULED on April 21, 2021, at

    11:00 a.m., in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market

    Street, Philadelphia, Pennsylvania**.


**Date:   February 24, 2021**

_____
 **ERIC L. FRANK**
 **U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     VIP PHARMACY, INC.,     :     Chapter 11
                           :
             Debtor        :
                           :     Bky. No.  21-10428 ELF
                           :

### SUBCHAPTER V STATUS REPORT

*Note: If necessary to fully complete, attach additional pages*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?     Yes ☐     No ☐

     If no, please explain: _____

Has the trustee concluded the 341 meeting?     Yes ☐     No ☐

     If no, please explain: _____

Has the debtor filed all postpetition financial reports?     Yes ☐     No ☐

     If no, please explain: _____

Has the debtor filed all monthly operating reports?     Yes ☐     No ☐

     If no, please explain: _____

Is all relevant insurance in place and current?     Yes ☐     No ☐

     If no, please explain:

# APPENDIX A

Has the debtor filed all applicable tax returns?                    Yes  ☐      No  ☐

If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority? Yes  ☐      No  ☐

If no, please explain:

_____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

Other relevant information:

Note: **Debtor must file a plan not later than 90 days after entry of order for relief.**
Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date: _____**              _____
                                              **Attorney for Debtor**