**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | VIP PHARMACY, INC., | : | Chapter 11 |
| | | : | |
| | Debtor | : | |
| | | : | Bky. No.  21-10428 ELF |
| | | : | |

# O R D E R

    **AND NOW**, upon consideration of the Debtor's request for an expedited hearing on

    **(1)** Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 345, §363 and §503(b)(1) Approving the Continued Use of Debtors' Cash Management Practices; and

    **(2)** Debtor's Motion Seeking Entry of an Order (I) Authorizing the Debtor to (A) Pay Pre-Petition Employee Wages, Salaries, Other Compensation, (B) Continue Employee Benefits Programs, and (C) Granting Related Relief;

(collectively "the Motions");

    It is hereby **ORDERED** that:

1. The requests for an expedited hearings are **GRANTED**.

2. Telephonic hearings to consider the Motions are **SCHEDULED** on March 4, 2021, at 1:00 p.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.[1]

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motions (to the extent not previously served) and this Order by **overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on March 1, 2021:**

    (a)   the U.S. Trustee;

---

[1]   The access information for the telephonic hearing may be found at https://www.paeb.uscourts.gov/file/conference-call-numbers.

    (b)  all secured creditors;

    (c)  all priority creditors;

    (d)  the 10 largest unsecured creditors of the debtor on the list filed under Fed. R. Bank. P. 1007(d); and

    (e)  any entity whose interest would be directly, materially, and adversely affected if the relief requested in one or more of the motions were granted and whose interests are not adequately represented by persons on whom service is otherwise

5. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system..

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

7. **THE STATUS HEARING PRESENTLY SCHEDULED ON MARCH 3, 2021, AT 11:00 A.M. IS RESCHEDULED TO MARCH 4, 2021, AT 1:00 P.M.**

**Date: March 1, 2021**

                           **ERIC L. FRANK**
                           **U.S. BANKRUPTCY JUDGE**