IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| VIP PHARMACY, INC. : | |
| : | Bankruptcy No. 21-10428(ELF) |
| *Debtor.* : | |

**ORDER APPROVING THE CONTINUED USE OF DEBTOR'S CASH MANAGMENT PRACTICES AND EXTENDING OR MODIFYING DEPOSIT PRACTICES MANDATED BY SECTION 345 OF THE BANKRUPTCY CODE**

AND NOW, this **4th day of March 2021**, this matter having been brought before the Court upon the Motion filed on behalf of VIP Pharmacy, Inc. (the "Debtor") for an Order authorizing the Debtor to continue using its existing cash management systems on a modified basis to permit the Debtor to continue to receive insurance payments into its existing Bank Account at Penn Community Bank, any Answer or other response having been presented to the Motion, after proper Notice and the opportunity for a hearing on the relief sought by the Motion, and for good cause established therein, it is hereby

**ORDERED** that the Debtor is authorized to continue to use its existing cash management practices;

**ORDERED**, that the Debtor is authorized and does not need to close the existing bank account at Penn Community Bank provided once such deposits are received, the monies shall be transmitted or transferred to a debtor in possession account at a U.S. Trustee approved banking institution enabling all disbursements made by the Debtor to be made from such Debtor in Possession Account.

_____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE