B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **VIP Pharmacy, Inc.** _____

Debtor(s)

Case No. **21-10428(ELF)**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                          $              **20,000.00**

   Prior to the filing of this statement I have received                              $              **20,000.00**

   Balance Due                                                                                     $                     **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Representation of the Debtor in this Small Business Bankruptcy, including all necessary motions and adversary proceedings, filing a chapter 11 plan, negotiation with secured creditors regarding lien priority and Plan treatment.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The $20,000 advanced payment represents a retainer for legal services in connection with the Bankrutpcy case. It is anticipated that legal fees will exceed this sum. Counsel shall file an Application with the Bankruptcy Court to approve the payment of all professional fees rendered on behalf of the Debtor in Possession and does expect the fees to exceed the retainer. Counsel will seek court approval and payment of fees for all services rendered on behalf of the Debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  9, 2021** _____

*Date*

/s/ Paul J. Winterhalter _____

**Paul J. Winterhalter 38643**
*Signature of Attorney*
**Offit Kurman, P.A.**
**Ten Penn Center**
**1801 Market Street, Suite 2300**
**Philadelphia, PA 19103**
**267-338-1370  Fax: 267-338-1335**
**pwinterhalter@offitkurman.com**
*Name of law firm*

---