IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VIP PHARMACY, INC.<br><br>    *Debtor.* | Chapter 11<br><br>Bankruptcy No. 21-10428(ELF) |

**NOTICE OF COMPENSATON TO**
**OFFICER OF THE DEBTOR PURSUANT TO**
**LOCAL BANKRUPTCY RULE 4002-1**

  VIP Pharmacy, Inc. (the "Debtor"), by and through its counsel, Offit Kurman, P.C., hereby provides Notice of the Debtor's intention to continue to compensate the officer of the Debtor as an employee of the Company required pursuant to Local Bankruptcy Rule 4002-1.

  1. The Person to continue to be compensated is as follows:

    a. Kaushal Patel as President and Director of VIP Pharmacy, Inc.

  2. Kaushal Patel devotes his full time to the operation of VIP Pharmacy, Inc. and participates in all business decisions of the Debtor entity on a daily basis.  Mr. Patel is actively involved in the implementation of all business activities.  Kaushal Patel is responsible for all operational and management decisions of the Debtor.

  3. Kaushal Patel presently receives an annual compensation of $65,000 per year ($2,500.00 bi-weekly) and was being paid the same gross sum during the 90 days, 180 days and 1 year prior to the Chapter 11 filing on February 23, 2021.  The Debtor intends to continue payment of this compensation in the amount as stated.  Kaushal Patel receives no health insurance benefits paid by the Debtor.  The Life Insurance cost per management officer, for Kaushal Patel only, is $2,285.94 per month.  The management employee receives no other benefits.

Respectfully submitted,

**OFFIT KURMAN, P.C.**

By: */s/ P.J. Winterhalter*
PAUL J. WINTERHALTER
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (267) 338-1370
Facsimile: (256) 338-1335
E-mail: pwinterhalter@offitkurman.com

*Proposed Counsel for the
Debtor in Possession, VIP Pharmacy, Inc.*

Dated: March 15, 2021

4850-1092-2717, v. 1