IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| VIP PHARMACY, INC. | : |
| | : Bankruptcy No. 21-10428(ELF) |
| *Debtor.* | : |

CERTIFICATE OF SERVICE FOR THE
NOTICE OF COMPENSATION TO OFFICERS OF THE
DEBTORS PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1

I, Paul J. Winterhalter, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Notice of Compensation to Officers of the Debtor Pursuant to Local Bankruptcy Rule 4002-1 to be served this 15th day of March, 2021 via first class U.S. Mail, postage prepaid or electronic mail or via the CM/ECF System of the Court upon the following individuals:

Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
Dave.P.Adams@usdoj.gov
*Counsel to the United States Trustee*

Morton R. Branzburg, Esquire
Corinne Samler Brennan, Esquire
Carol Ann Slocum, Esquire
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com
cbrennan@klehr.com
cslocum@klehr.com
*Counsel for Creditor, H.D. Smith, LLC*

Lee Mogavero, Esquire
Subchapter V Trustee
Freidman Schuman
101 Greenwood Avenue, Suite 500
Jenkintown, PA 19046
lmogavero@fsalaw.com
*Subchapter V Trustee*

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Pamela.Thurmond@phila.gov
*Counsel for the City of Philadelphia*

Bruce W. Bieber, Esquire
Kurzman Eisenberg Corbin & Lever, LLP
One North Broadway, 12th Floor
White Plains, NY 10601
bbieber@kelaw.com
*Counsel for Rochester Drug Cooperative, Inc.*

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
*Counsel for Woori America Bank*

        Respectfully submitted,

        **OFFIT KURMAN, P.C.**

    By: */s/ P.J. Winterhalter*
        PAUL J. WINTERHALTER
        401 Plymouth Road, Suite 100
        Plymouth Meeting, PA 19462
        Telephone: (267) 338-1370
        Facsimile: (256) 338-1335
        E-mail: pwinterhalter@offitkurman.com

        *Proposed Counsel for the*
        *Debtor in Possession, VIP Pharmacy, Inc.*

Dated: March 15, 2021

4851-9547-2093, v. 1