## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :
                                                   :    Chapter 11
VIP PHARMACY, INC.,                                :
                                                   :    Bankruptcy No. 21-10428(ELF)
          *Debtor*                                 :

## SUBCHAPTER V STATUS REPORT

Date of order for relief:                     February 23, 2021

Subchapter V Trustee:                         Leona Mogavero, Esquire

Has the debtor attended an initial debtor interview?          Yes ☒     No ☐

    If no, please explain: _____

Has the trustee concluded the 341 meeting?                    Yes ☒     No ☐

    If no, please explain: _____

Has the debtor filed all post-petition financial reports?     Yes ☒     No ☐

    If no, please explain: _____

Has the debtor filed all monthly operating reports?           Yes ☐     No ☒

    If no, please explain: Debtor is engaging Accountant. Report for stub period February 23-28, 2021 is outstanding and shall be filed in the near future. March Report is due April 20, 2021

Is all relevant insurance in place and current?               Yes ☒     No ☐

    If no, please explain: _____

| | | |
|---|---|---|
| Has the debtor filed all applicable tax returns? | Yes ☒ | No ☐ |

If no, please explain: _____

| | | |
|---|---|---|
| Has the debtor paid all taxes entitled to administrative expense priority? | Yes ☒ | No ☐ |

If no, please explain: _____

*Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization*:

The Debtor is preparing both a Motion to Establish Bar date for Claims and is preparing and will file a Complaint under 11 U.S.C. §506 to establish the correct creditors holding secured claims and those creditors whose claims will be rendered unsecured pursuant to 11 U.S.C.§506(d). The Debtor presently anticipates this Complaint being filed in advance of the Subchapter V Status Hearing required under 11 U.S.C. §1188(a) set for April 21, 2021.

*Other relevant information*:

The Debtor's Small Business Plan required to be filed pursuant to 11 U.S.C. §1189(a) is due **May 24, 2021**.

Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

OFFIT KURMAN, P.A.

Dated: April 7, 2021

*/s/ Paul J. Winterhalter*
PAUL J. WINTERHALTER
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Tel.: 267.338.1370
Email: pwinterhalter@offitkurman.com

*Counsel for the Debtor,*
*VIP Pharmacy, Inc.*

4819-2864-7908, v. 1