**EXHIBIT A**

**All the receipts were not deposited in DIP Accounts as DIP was not opened.**

**EXHIBIT B**

**There are four existing Bank Accounts.**

1. **Woori America Bank – A/C 1242 – Dormant A/C opened due to Bank loan**
2. **Citizens Bank – A/C  263-3 - – Dormant A/C.**
3. **Penn Community Bank – A/C 2830 – Active Checking**
4. **Penn Community Bank A/C 2840 – Active Lottery A/C**