| PERIOD | FEBRUARY 23,2021 TO FEBRUARY 28,2021 | |
|---|---|---|
| Sr. No. | Name of the Bank | Amount |
| | | |
| | **Opening balance as on 02/23/2021** | |
| | Cash on Hand | 1811.21 |
| | Woori America Bank - A/C 1242 | 1.41 |
| | Citizens Bank - A/C 263-3 | 349.50 |
| | Penn Community Bank - A/C 2830 | 3154.28 |
| | Penn Community Bank - A/C 2840 | 47.08 |
| | | |
| | **TOTAL CASH AND BANK BALANCE AS ON 02/23/2021** | **5363.48** |
| | | |
| | **Exhibit C - Cash Receipts** | |
| | | |
| 1 | Woori American Bank - A/C 1242 | 0 |
| 2 | Citizens Bank - A/C - 263-3 | 0 |
| 3 | Penn Community Bank - Checking - A/C 2830 - Sales Receipts | 65569.18 |
| 4 | Penn Community Bank - Lottery  - A/C 2840 - Lottery | 0 |
| | | |
| | **TOTAL CASH RECEIPTS FROM 02/23/2021 TO 02/28/2021** | **65569.18** |
| | | |
| | **Exhibit D- Cash Disbursements** | |
| | | |
| | **Penn Community Bank - A/C ending with 2830** | |
| 2/23/2021 | Mckesson Drugs - Purchase 0f Medicines | 8189.73 |
| 2/14/2021 | Mckesson Drugs - Purchase 0f Medicines | 7953.63 |
| 2/25/2021 | Mckesson Drugs - Purchase 0f Medicines | 5285.46 |
| 2/26/2021 | Mckesson Drugs - Purchase 0f Medicines | 11235.21 |
| 2/26/2021 | Associated Pharmacies Inc.- Purchase 0f Medicines | 5040.63 |
| 2/23/2021 | Independent Pharmacy Corp. - Purchase 0f Medicines | 37.05 |
| 2/23/2021 | Independent Pharmacy Corp. - Purchase 0f Medicines | 195.40 |
| 2/25/2021 | Independent Pharmacy Corp. - Purchase 0f Medicines | 421.50 |
| 2/26/2021 | Independent Pharmacy Corp. - Purchase 0f Medicines | 232.74 |
| 2/26/2021 | MatchRX - Purchase 0f Medicines | 159.41 |
| | | |
| | **Cash Disbursements - Penn Community Bank - A/C ending with 2830** | **38750.76** |
| | | |
| | **TOTAL CASH DISBURSEMENTS FROM 02/23/2021 TO 02/28/2021** | **38750.76** |
| | | |
| | **CASH RECEIPTS LESS CASH DISBURSEMENTS FROM 02/23/2021 TO 02/28/2021** | **26818.42** |
| | | |
| | **NET CASH FLOW FROM 02/23/2021 TO 02/28/2021** | **32181.90** |
| | | |