12:19 PM
06/27/21
Cash Basis

# VIP PHARMACY INC
## Profit & Loss
### February 23 - 28, 2021

|  | Feb 23 - 28, 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 47900 · Sales | |
|   47940 · Non Taxable Sales | 65,569.18 |
| **Total 47900 · Sales** | 65,569.18 |
| **Total Income** | 65,569.18 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | |
|   50012 · Opening Inventory - CO... | 130,500.00 |
|   50025 · Purchase - Medicines | 38,750.76 |
|   52950 · Closing Inventory - CO... | -132,500.00 |
| **Total 50000 · Cost of Goods Sold** | 36,750.76 |
| **Total COGS** | 36,750.76 |
| **Gross Profit** | 28,818.42 |
| **Expense** | |
| 62750 · Gross Salary | |
|   62755 · Salary- Officers | 5,000.00 |
|   62760 · Salary- Staff | 21,105.44 |
| **Total 62750 · Gross Salary** | 26,105.44 |
| 64350 · Net Salary | -19,168.98 |
| 68500 · Taxes | |
|   68515 · FICA TAXES | 1,997.06 |
|   68530 · State Unemployment E... | 368.46 |
|   68535 · Futa Taxes | 70.18 |
| **Total 68500 · Taxes** | 2,435.70 |
| **Total Expense** | 9,372.16 |
| **Net Ordinary Income** | 19,446.26 |
| **Net Income** | **19,446.26** |