## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| VIP PHARMACY, INC. | : |
| | : Bankruptcy No. 21-10428(ELF) |
| *Debtor.* | : |

## ORDER

**AND NOW**, this **12th day of August 2021**, upon the Motion filed by VIP Pharmacy, Inc. (the "Debtor") for an Order determining the classification of certain claims and the validity or extent of certain liens or interests in property of the bankruptcy estate, filed pursuant to 11 U.S.C. § 506(a), and to void any such applicable claimed lien or security interest to the extent that such claim is an unsecured claim;

**AND,** after a hearing, and for the reasons stated in court;

It is hereby **ORDERED** that:

1. By agreement, the allowed secured claim of Woori American Bank is reduced to the sum of $390,000 and the balance of the claim, after credit for all post petition payments made, is an allowed unsecured claim.

2. By agreement, the alleged secured claims of H.D. Smith Wholesale Drug Company, Inc., and its successor in interest, Amerisource Bergen Drug Corporation, and Cardinal Health 110, LLC are **DETERMINED** to be allowed unsecured claims.

3. By default, the alleged secured claims of Burlington Drug Company, Inc., Rochester Drug Cooperative, Inc., Healthsource Distributors, LLC, McKesson Corporation, are **DETERMINED** to be allowed unsecured claims.

4. Subject to 11 U.S.C. §349(b)(1)(C), any lien held against property of the Debtor or the bankruptcy estate held by the Respondent parties that secures a claim determined to be unsecured by this Order is **VOID**.

5. In the event that this case is **CONVERTED** to chapter 7, Paragraph 4 of this **ORDER** is **VACATED** without further order of court.

_____
**ERIC L. FRANK,**
**UNITED STATES BANKRUPTCY JUDGE**

Lee Mogavero, Esquire
Subchapter V Trustee
Freidman Schuman
101 Greenwood Avenue, Suite 500
Jenkintown, PA 19046

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Bruce W. Bieber, Esquire
Kurzman Eisenberg Corbin & Lever, LLP
One North Broadway, 12th Floor
White Plains, NY 10601

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

Burlington Drug Company, Inc.
91 Catamount Drive
Milton, VT 05468

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

McKesson Corporation
One Henry Drive
Robbinsville, NJ 08691

Erin L. Gapinski, Esquire
Cardinal Health 110, LLC
7000 Cardinal Place
Dublin, OH 43017