**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>VIP PHARMACY, INC.<br><br>　　　　　　　　*Debtor.* | Chapter 11<br><br>Bankruptcy No. 21-10428(ELF) |

**AMENDED NOTICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

VIP Pharmacy, Inc. as the Debtor in Possession, by and through its legal counsel, Offit Kurman, P.C., has filed a Motion with the Bankruptcy Court seeking the entry of a Court Order determining validity, priority, and extent of liens or interests in property of the Estate pursuant to 11 U.S.C. § 506(a) and to void any such applicable claimed lien or security interest pursuant to 11 U.S.C. § 506(d).

**Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **September 3, 2021,** you or your attorney must do all of the following:

a) File an answer electronically explaining your position with the office of the:

　　Clerk U.S. Bankruptcy Court
　　Robert N.C. Nix Building
　　900 Market Street, Suite 400
　　Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's office, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to the Movant's attorney:

>Paul J. Winterhalter, Esquire
>Offit Kurman, P.C.
>401 Plymouth Road, Suite 100
>Plymouth Meeting, PA 19462
>Telephone: (267) 338-1370
>Facsimile: (267) 338-1335
>Email: pwinterhalter@offitkurman.com

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be conducted before the Honorable Eric L. Frank, on **September 8, 2021 at 11:00 a.m.** in Courtroom No. 1, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Federal Rule of Bankruptcy Procedure, Rule 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b) above.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Dated: August 17, 2021