**Fill in this information to identify the case:**

Debtor Name  VIP PHARMACY INC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-10428 (ELF)

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:        JULY 2021                                Date report filed:  10/04/2021
                                                                          MM / DD / YYYY

Line of business:  RETAIL PHARMACY                     NAISC code:         446110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    VIP Pharmacy, Inc.

Original signature of responsible party   /S/Kaushal Patel, President

Printed name of responsible party         Kaushal Patel, President

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  VIP PHARMACY INC

Case number  21-10428 (ELF)

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 80,472.56

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 467,212.20

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 331,455.40

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 135,756.80

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 216,229.36

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

Debtor Name  VIP PHARMACY INC                          Case number 21-10428 (ELF)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    6

27. What is the number of employees as of the date of this monthly report?       6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $      0.00

30. How much have you paid this month in other professional fees?                         $      0.00

31. How much have you paid in total other professional fees since filing the case?            $      0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 467,212.20 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 331,455.40 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 135,756.80 | = | $ _____ |

35. Total projected cash receipts for the next month:                        $ _____

36. Total projected cash disbursements for the next month:                  − $ _____

37. Total projected net cash flow for the next month:                       = $ _____

Debtor Name  VIP PHARMACY INC                                        Case number 21-10428 (ELF)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBIT A**

**All the receipts were not deposited in DIP Accounts as throughout the month receipts were received in Penn Community Bank Checking A/C and then were deposited in DIP A/C**

**EXHIBIT B**

There are four existing Bank Accounts.

1. Woori America Bank – A/C 1242 – Dormant A/C opened due to Bank loan
2. Citizens Bank – A/C  263-3 - – Dormant A/C.
3. Penn Community Bank – A/C 2830 – Active Checking A/C.
4. Penn Community Bank A/C 2840 – Active Lottery A/C
5. Wells Fargo Bank A/C 1097 - Active Checking A/C.

| PERIOD | | JULY 1 ,2021 TO JULY 31 ,2021 | |
|---|---|---|---|

| Sr. No. | Name of the Bank | Amount |
|---|---|---|
| | Opening balance as on 07/01/2021 | |
| 1 | Cash on Hand | 1811.21 |
| 2 | Woori America Bank - A/C 1242 | 1.41 |
| 3 | Citizens Bank - A/C 263-3 | 349.5 |
| 4 | Penn Community Bank - A/C 2830 | 78266.33 |
| 5 | Penn Community Bank - A/C 2840 | 44.11 |
| 6 | Wells Fargo Bank - A/C 1097 | 0 |
| | | |
| | TOTAL CASH AND BANK BALANCE AS ON 07/01/2021 | 80472.56 |
| | | |
| | Exhibit C - Cash Receipts | |
| | | |
| 1 | Woori American Bank - A/C 1242 | 0 |
| 2 | Citizens Bank - A/C - 263-3 | 0 |
| 3 | Penn Community Bank - Checking - A/C 2830 - Sales Receipts/Transfer/Deposits | 258684.55 |
| 4 | Penn Community Bank - Lottery - A/C 2840 - Lottery | 1261.00 |
| 5 | Wells Fargo Bank - A/C -    - Transfer/Deposits | 207266.65 |
| | | |
| | TOTAL CASH RECEIPTS FROM 07/01/2021 TO 07/31/2021 | 467212.20 |
| | | |
| | Exhibit D- Cash Disbursements | |
| | | |
| A | Penn Community Bank - A/C ending with 2830 | |
| 7/1/2021 | Mckesson Drugs - Purchase of Medicines | 6,454.99 |
| 7/2/2021 | Mckesson Drugs - Purchase of Medicines | 3,483.38 |
| 7/6/2021 | Mckesson Drugs - Purchase of Medicines | 7,664.98 |
| 7/7/2021 | Mckesson Drugs - Purchase of Medicines | 3,200.00 |
| 7/8/2021 | Mckesson Drugs - Purchase of Medicines | 5,850.90 |
| 7/9/2021 | Mckesson Drugs - Purchase of Medicines | 6,704.26 |
| 7/12/2021 | Mckesson Drugs - Purchase of Medicines | 5,293.64 |
| 7/13/2021 | Mckesson Drugs - Purchase of Medicines | 6,582.84 |
| 7/14/2021 | Mckesson Drugs - Purchase of Medicines | 14,246.72 |
| 7/15/2021 | Mckesson Drugs - Purchase of Medicines | 11,186.77 |
| 7/16/2021 | Mckesson Drugs - Purchase of Medicines | 5,722.32 |
| 7/19/2021 | Mckesson Drugs - Purchase of Medicines | 10,320.57 |
| 7/6/2021 | Associated Pharmacies - Purchase of Medicines | 27.02 |
| 7/1/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 527.13 |
| 7/2/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 210.25 |
| 7/9/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 323.04 |
| 7/14/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 316.86 |
| 7/15/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 210.28 |
| 7/9/2021 | Managed Health Distributors -Purchase of Medicines | 167.48 |
| 7/22/2021 | MatchRX - Purchase of Medicines - Purchase of Medicines | 1,015.71 |
| 7/2/2021 | Hartland - Merchant Account fees | 723.53 |

PERIOD                                          **JULY 1 ,2021 TO JULY 31 ,2021**

| Sr. No. | Name of the Bank | Amount |
|---|---|---|
| 7/7/2021 | Herr Food Inc - Purchase of Resale Items | 65.36 |
| 7/20/2021 | Wire Transfer Fees - Bank Charges | 10.00 |
| 7/28/2021 | Wire Transfer Fees - Bank Charges | 10.00 |
| 7/8/2021 | Comcast - Computer and Internet Expenses | 484.91 |
| 7/14/2021 | Best Computer Systems - Computer and Internet Expenses | 1344.53 |
| 7/13/2021 | Prudential Insurance - Insurance Expenses | 2285.94 |
| 7/8/2021 | Minal Patel - Outside Services - 1099 | 375.00 |
| 7/22/2021 | Minal Patel - Outside Services - 1099 | 375.00 |
| 7/7/2021 | Landview Realty Group - Rent | 6495.08 |
| 7/12/2021 | PECO - Utilities | 549.66 |
| 7/9/2021 | Waste Management Services - Trash Expenses | 145.60 |
| 7/14/2021 | Omega Security Systems - Security Expenses | 135.00 |
| 07/01/2021 to 07/31/2021 | Salary/Payroll Taxes /Transfers | 37177.84 |
| 07/01/2021 to 07/31/2021 | Transfer to Wells Fargo A/C | 100000.00 |
| | Disbursements - Penn Community Bank - A/C ending with 2830 (A) | 239,686.59 |
| B | Wells Fargo Bank - A/C  ending with 1097 | |
| 7/19/2021 | Mckesson Drugs - Purchase of Medicines | 6199.93 |
| 7/20/2021 | Mckesson Drugs - Purchase of Medicines | 17830.84 |
| 7/21/2021 | Mckesson Drugs - Purchase of Medicines | 4943.64 |
| 7/22/2021 | Mckesson Drugs - Purchase of Medicines | 7070.91 |
| 7/23/2021 | Mckesson Drugs - Purchase of Medicines | 3390.99 |
| 7/26/2021 | Mckesson Drugs - Purchase of Medicines | 4574.81 |
| 7/27/2021 | Mckesson Drugs - Purchase of Medicines | 5346.43 |
| 7/28/2021 | Mckesson Drugs - Purchase of Medicines | 8376.14 |
| 7/29/2021 | Mckesson Drugs - Purchase of Medicines | 7740.62 |
| 7/30/2021 | Mckesson Drugs - Purchase of Medicines | 5280.22 |
| 7/16/2021 | Drug Package INC | 802.84 |
| 7/1/2021 | Independent Pharmacy Corp. - Purchase of Medicines | 5640.26 |
| 7/9/2021 | Matrix Distribution | 329.20 |
| 7/15/2021 | Matrix Distribution | 666.43 |
| 7/20/2021 | Wire Transfer Fees - Bank Charges | 15.00 |
| 7/28/2021 | Wire Transfer Fees - Bank Charges | 15.00 |
| 7/13/2021 | Bristol Township - License and Permits | 60.00 |
| 7/15/2021 | Omega Security Systems - Security Expenses | 250.00 |
| 7/16/2021 | Woori Bank - Loan Instalment | 10974.20 |
| 7/16/2021 | Castor Beer - Loan | 1000.00 |
| | Disbursements - Wells Fargo Bank - A/C ending with   (B) | 90507.46 |

PERIOD                                    **JULY 1 ,2021 TO JULY 31 ,2021**

| Sr. No. | Name of the Bank | Amount |
|---|---|---|
| C | Penn Community Bank - A/C 2840 | |

| 7/7/2021 | PA department of Revenue ( Lottery Payment) | 1261.35 |
|---|---|---|
| | Disbursements - Penn Community Bank - A/C ending with 2840  (C) | 1261.35 |
| | **TOTAL DISBURSEMENTS FOR THE MONTH OF JUNE 2021 - (A) + (B) +( C)** | **331,455.40** |
| | **CASH RECEIPTS LESS CASH DISBURSEMENTS FROM 07/01/2021 TO 07/31/2021** | **135,756.80** |
| | **NET CASH FLOW FROM 07/01/2021 TO 07/31/2021** | **216,229.36** |

2:37 PM
08/14/21

# VIP PHARMACY INC
## Reconciliation Summary
### 3100 · Wells Fargo Bank A/C, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** |  |
| Checks and Payments - 20 items | -90,507.46 |
| Deposits and Credits - 5 items | 207,266.65 |
| **Total Cleared Transactions** | 116,759.19 |
| **Cleared Balance** | **116,759.19** |
| **Register Balance as of 07/31/2021** | 116,759.19 |
| **Ending Balance** | 116,759.19 |

2:37 PM
08/14/21

# VIP PHARMACY INC
## Reconciliation Detail
### 3100 · Wells Fargo Bank A/C, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 07/09/2021 | 7821 | Matrix distribution inc. | X | -329.20 | -329.20 |
| Check | 07/13/2021 | | Independant Phar C... | X | -5,640.26 | -5,969.46 |
| Check | 07/13/2021 | 1034 | Bristol Township | X | -60.00 | -6,029.46 |
| Check | 07/15/2021 | 71421 | Matrix distribution inc. | X | -666.43 | -6,695.89 |
| Check | 07/15/2021 | 1029 | Omega Security Sys... | X | -250.00 | -6,945.89 |
| Check | 07/16/2021 | 1004 | Woori Bank LOan | X | -10,974.20 | -17,920.09 |
| Check | 07/16/2021 | | Online Transfer to C... | X | -1,000.00 | -18,920.09 |
| Check | 07/16/2021 | 1028 | Drug Package INC. | X | -802.84 | -19,722.93 |
| Check | 07/19/2021 | | Mckesson Drug | X | -6,199.93 | -25,922.86 |
| Check | 07/20/2021 | | Mckesson Drug | X | -17,830.84 | -43,753.70 |
| Check | 07/20/2021 | | Wire Transfer Fee | X | -15.00 | -43,768.70 |
| Check | 07/21/2021 | | Mckesson Drug | X | -4,943.64 | -48,712.34 |
| Check | 07/22/2021 | | Mckesson Drug | X | -7,070.91 | -55,783.25 |
| Check | 07/23/2021 | | Mckesson Drug | X | -3,390.99 | -59,174.24 |
| Check | 07/26/2021 | | Mckesson Drug | X | -4,574.81 | -63,749.05 |
| Check | 07/27/2021 | | Mckesson Drug | X | -5,346.43 | -69,095.48 |
| Check | 07/28/2021 | | Mckesson Drug | X | -8,376.14 | -77,471.62 |
| Check | 07/28/2021 | | Wire Transfer Fee | X | -15.00 | -77,486.62 |
| Check | 07/29/2021 | | Mckesson Drug | X | -7,740.62 | -85,227.24 |
| Check | 07/30/2021 | | Mckesson Drug | X | -5,280.22 | -90,507.46 |
| | | | Total Checks and Payments | | -90,507.46 | -90,507.46 |
| | | | | | | |
| **Deposits and Credits - 5 items** | | | | | | |
| Check | 07/02/2021 | | Transfer to Wells Fa... | X | 106,172.61 | 106,172.61 |
| Deposit | 07/13/2021 | | Online Trasnfer Fro... | X | 1,000.00 | 107,172.61 |
| Deposit | 07/20/2021 | | Independant Phar C... | X | 94.04 | 107,266.65 |
| Check | 07/20/2021 | | Vip Pharmacy | X | 50,000.00 | 157,266.65 |
| Check | 07/28/2021 | | Vip Pharmacy | X | 50,000.00 | 207,266.65 |
| | | | Total Deposits and Credits | | 207,266.65 | 207,266.65 |
| | | | Total Cleared Transactions | | 116,759.19 | 116,759.19 |
| | | | Cleared Balance | | 116,759.19 | 116,759.19 |
| | | | Register Balance as of 07/31/2021 | | 116,759.19 | 116,759.19 |
| | | | **Ending Balance** | | **116,759.19** | **116,759.19** |

10

July 31, 2021 ▪ Page 2 of 4


**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 7/2 | | Deposit | 106,172.61 | | 106,172.61 |
| 7/9 | 7821 | Check | | 329.20 | 105,843.41 |
| 7/13 | | Online Transfer From Castor Beer Inc Business Checking xxxxxx3119 Ref #Ilb0Bwz4Q4W on 07/13/21 | 1,000.00 | | |
| 7/13 | | Independent Phar Ipd Pmts 3300 Vip Pharmacy | | 5,640.26 | |
| 7/13 | 1034 | Check | | 60.00 | 101,143.15 |
| 7/15 | 71421 | Check | | 666.43 | |
| 7/15 | 1029 | Check | | 250.00 | 100,226.72 |
| 7/16 | | Online Transfer to Castor Beer Inc Business Checking xxxxxx3119 Ref #Ilb0Bxryn5C on 07/16/21 | | 1,000.00 | |
| 7/16 | 1004 | Check | | 10,974.20 | |
| 7/16 | 1028 | Check | | 802.84 | 87,449.68 |
| 7/19 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410B79958 Vip Pharmacy | | 6,199.93 | 81,249.75 |
| 7/20 | | Independent Phar Payment 071921 10373067 Vip Pharmacy | 94.04 | | |
| 7/20 | | WT Fed#00008 Penn Community Ban /Org=Vip Pharmacy Inc. Srf# 20210720000022 Trn#210720083444 Rfb# | 50,000.00 | | |
| 7/20 | | Wire Trans Svc Charge - Sequence: 210720083444 Srf# 20210720000022 Trn#210720083444 Rfb# | | 15.00 | |
| 7/20 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410881275 Vip Pharmacy | | 17,830.84 | 113,497.95 |
| 7/21 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410883211 Vip Pharmacy | | 4,943.64 | 108,554.31 |
| 7/22 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410884574 Vip Pharmacy | | 7,070.91 | 101,483.40 |
| 7/23 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410886109 Vip Pharmacy | | 3,390.99 | 98,092.41 |
| 7/26 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 141088839B Vip Pharmacy | | 4,574.81 | 93,517.60 |
| 7/27 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410895029 Vip Pharmacy | | 5,346.43 | 88,171.17 |
| 7/28 | | WT Fed#00007 Penn Community Ban /Org=Vip Pharmacy Inc. Srf# 20210728000025 Trn#210728125380 Rfb# | 50,000.00 | | |
| 7/28 | | Wire Trans Svc Charge - Sequence: 210728125380 Srf# 20210728000025 Trn#210728125380 Rfb# | | 15.00 | |
| 7/28 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410897737 Vip Pharmacy | | 8,376.14 | 129,780.03 |
| 7/29 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410899332 Vip Pharmacy | | 7,740.62 | 122,039.41 |
| 7/30 | < | Business to Business ACH Debit - McKesson Drug Auto ACH 1410900770 Vip Pharmacy | | 5,280.22 | 116,759.19 |
| Ending balance on 7/31 | | | | | 116,759.19 |
| **Totals** | | | **$207,266.65** | **$90,507.46** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1004 | 7/16 | 10,974.20 | 1029 | 7/15 | 250.00 | 7821 * | 7/9 | 329.20 |
| 1028 * | 7/16 | 802.84 | 1034 * | 7/13 | 60.00 | 71421 * | 7/15 | 666.43 |

\* *Gap in check sequence.*



July 31, 2021 ■ Page 3 of 4

**WELLS FARGO**

---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

|  | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

Fee period 07/02/2021 - 07/31/2021

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements |  |  |
| · Average ledger balance | $1,000.00 | $103,251.00 ☑ |
| · Minimum daily balance | $500.00 | $81,249.75 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C3SI

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 19 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** |  |  |  |  | **$0.00** |

---

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

DCDP11UT2 011143  NNNNNNNNNN NNN NNN 002 002 346 055047  219323318.2

6:03 PM

08/11/21

# VIP PHARMACY INC
## Reconciliation Detail
### 2000 · PENN A/C 2830, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 78,266.33 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 49 items** | | | | | | |
| Check | 07/01/2021 | | Mckesson Drug | X | -6,454.99 | -6,454.99 |
| Check | 07/01/2021 | | IRS | X | -3,880.32 | -10,335.31 |
| Check | 07/01/2021 | | Independant Phar C... | X | -527.13 | -10,862.44 |
| Check | 07/02/2021 | | Mckesson Drug | X | -3,483.38 | -14,345.82 |
| Check | 07/02/2021 | 1600 | Krishna Tripati | X | -1,455.38 | -15,801.20 |
| Check | 07/02/2021 | | Hrtland Pmt | X | -723.53 | -16,524.73 |
| Check | 07/02/2021 | | Independant Phar C... | X | -210.25 | -16,734.98 |
| Check | 07/06/2021 | | Mckesson Drug | X | -7,664.98 | -24,399.96 |
| Check | 07/06/2021 | | Assoc Pharmacies | X | -27.02 | -24,426.98 |
| Check | 07/07/2021 | 4902 | Landview Realty Gro... | X | -6,495.08 | -30,922.06 |
| Check | 07/07/2021 | | Mckesson Drug | X | -3,200.00 | -34,122.06 |
| Check | 07/07/2021 | 1597 | Kaushal Patel | X | -1,685.85 | -35,807.91 |
| Check | 07/07/2021 | 1599 | Shital PAtel | X | -1,422.81 | -37,230.72 |
| Check | 07/07/2021 | | PA Employ Tax | X | -417.76 | -37,648.48 |
| Check | 07/07/2021 | 4895 | Herr food inc | X | -65.36 | -37,713.84 |
| Check | 07/08/2021 | | Payroll Dbt | X | -9,436.74 | -47,150.58 |
| Check | 07/08/2021 | | Mckesson Drug | X | -5,850.90 | -53,001.48 |
| Check | 07/08/2021 | 4901 | Comcast | X | -484.91 | -53,486.39 |
| Check | 07/08/2021 | | Payroll Dbt | X | -375.00 | -53,861.39 |
| Check | 07/09/2021 | | Mckesson Drug | X | -6,704.26 | -60,565.65 |
| Check | 07/09/2021 | | Independant Phar C... | X | -323.04 | -60,888.69 |
| Check | 07/09/2021 | | Managed Health Dues | X | -167.48 | -61,056.17 |
| Check | 07/09/2021 | 4898 | Waste Management... | X | -145.60 | -61,201.77 |
| Check | 07/12/2021 | | Mckesson Drug | X | -5,293.64 | -66,495.41 |
| Check | 07/12/2021 | | Payroll Tax | X | -3,661.85 | -70,157.26 |
| Check | 07/12/2021 | 4899 | peco | X | -549.66 | -70,706.92 |
| Check | 07/13/2021 | | Mckesson Drug | X | -6,582.84 | -77,289.76 |
| Check | 07/13/2021 | | Prudential INS Pay | X | -2,285.94 | -79,575.70 |
| Check | 07/13/2021 | | PHILADELPHIAPTX | X | -444.12 | -80,019.82 |
| Check | 07/14/2021 | | Mckesson Drug | X | -14,246.72 | -94,266.54 |
| Check | 07/14/2021 | 4896 | Best Computer Syst... | X | -1,344.53 | -95,611.07 |
| Check | 07/14/2021 | | Independant Phar C... | X | -316.86 | -95,927.93 |
| Check | 07/14/2021 | 4897 | Omega Security Sys... | X | -135.00 | -96,062.93 |
| Check | 07/15/2021 | | Mckesson Drug | X | -11,186.77 | -107,249.70 |
| Check | 07/15/2021 | | Independant Phar C... | X | -210.28 | -107,459.98 |
| Check | 07/16/2021 | | Mckesson Drug | X | -5,722.32 | -113,182.30 |
| Check | 07/16/2021 | | Payroll Tax | X | -395.87 | -113,578.17 |
| Check | 07/19/2021 | | Mckesson Drug | X | -10,320.57 | -123,898.74 |
| Check | 07/20/2021 | | Vip Pharmacy | X | -50,000.00 | -173,898.74 |
| Check | 07/20/2021 | | Keystone | X | -892.46 | -174,791.20 |
| Check | 07/20/2021 | 4900 | LPL Financial Servic... | X | -384.00 | -175,175.20 |
| Check | 07/20/2021 | | Domestic Wire Fee | X | -10.00 | -175,185.20 |
| Check | 07/22/2021 | | Payroll Dbt | X | -9,329.11 | -184,514.31 |
| Check | 07/22/2021 | | MatchRx | X | -1,015.71 | -185,530.02 |
| Check | 07/22/2021 | | Payroll Dbt | X | -375.00 | -185,905.02 |
| Check | 07/26/2021 | | Payroll Tax | X | -3,754.41 | -189,659.43 |
| Check | 07/28/2021 | | Vip Pharmacy | X | -50,000.00 | -239,659.43 |
| Check | 07/28/2021 | | Domestic Wire Fee | X | -10.00 | -239,669.43 |
| Check | 07/29/2021 | | Payroll Tax | X | -17.16 | -239,686.59 |
| | | | **Total Checks and Payments** | | -239,686.59 | -239,686.59 |

/3

6:03 PM

08/11/21

# VIP PHARMACY INC
## Reconciliation Detail
### 2000 · PENN A/C 2830, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 07/31/2021 | | MAGLN. HEALTH S... | X | 1,021.22 | 1,021.22 |
| Deposit | 07/31/2021 | | Cash Sales | X | 3,723.00 | 4,744.22 |
| Deposit | 07/31/2021 | | Merchant Deposit | X | 12,942.62 | 17,686.84 |
| Deposit | 07/31/2021 | | Argus Health System | X | 16,632.90 | 34,319.74 |
| Deposit | 07/31/2021 | | Direct Deposit | X | 36,878.63 | 71,198.37 |
| Deposit | 07/31/2021 | | Net_Rx deposit | X | 187,486.18 | 258,684.55 |
| Total Deposits and Credits | | | | | 258,684.55 | 258,684.55 |
| Total Cleared Transactions | | | | | 18,997.96 | 18,997.96 |
| Cleared Balance | | | | | 18,997.96 | 97,264.29 |
| Register Balance as of 07/31/2021 | | | | | 18,997.96 | 97,264.29 |
| **Ending Balance** | | | | | **18,997.96** | **97,264.29** |

*14*

6:03 PM

08/11/21

# VIP PHARMACY INC
## Reconciliation Summary
### 2000 · PENN A/C 2830, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 78,266.33 |
| **Cleared Transactions** | |
| Checks and Payments - 49 items | -239,686.59 |
| Deposits and Credits - 6 items | 258,684.55 |
| **Total Cleared Transactions** | 18,997.96 |
| **Cleared Balance** | **97,264.29** |
| **Register Balance as of 07/31/2021** | 97,264.29 |
| **Ending Balance** | 97,264.29 |

/5



118 Mill Street
Bristol, PA 19007-0032

**215-788-1234**
**PennCommunityBank.com**

Page 1 of 10

RETURN SERVICE REQUESTED

VIP PHARMACY INC
PO BOX 429
LEVITTOWN  PA  19058-0429

| Account Number XXXXXXX2830 | |
|---|---|
| Statement Period | |
| From | 07/01/21 |
| Through | 07/31/21 |

### FINANCIAL SUMMARY

| Account Number | Account Type | Balance |
|---|---|---|
| XXXXXXX2830 | Basic Business Checking | $97,264.29 |
| | **TOTAL OF ALL ACCOUNTS** | $97,264.29 |

### ACCOUNT SUMMARY — Basic Business Checking — XXXXXXX2830

| Account # | XXXXXXX2830 | | |
|---|---|---|---|
| | | Beginning Balance | $78,266.33 |
| | | Deposits/Credits | $258,684.55 |
| Average Balance | $0.00 | Interest Paid | $0.00 |
| Earned Interest This Period | $0.00 | Checks/Debits | $239,686.59 |
| YTD Interest | $0.00 | Service Charges | $0.00 |
| YTD Withholding | $0.00 | Ending Balance | $97,264.29 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Deposits/Credits | 78 |
| | | # Checks/Debits | 49 |

### TRANSACTIONS — Basic Business Checking — XXXXXXX2830

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 07/01 | BEGINNING BALANCE | | | $78,266.33 |
| 07/01 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $26,605.73 | | $104,872.06 |



Save up to

# $750

on home purchase closing costs

**Visit a branch or apply online today at PennCommunityBank.com/ClosingCost**

16

**In Case of Errors or Questions About Your Electronic Transfer**                                     Page 2 of 10

Contact us at once if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. By phone, call us at 215-788-1234; By Internet, go to www.penncommunitybank.com and click on "Contact Us"; By mail, write us at Penn Community Bank, Attn: Deposit Operations, 118 Mill Street, Bristol, PA 19007 as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we recredit your account with funds while investigating an error, you must repay those funds to us if we decide no error has occurred.

Current account schedules detailing terms, charges and interest rates are available upon request.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

### CHECKS OUTSTANDING
### (Not Shown on Statement)

Month _____    _____

| NUMBER | $ |
|--------|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period Shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD - Deposits Received By Bank After Date of this Statement | $ |
| TOTAL | $ |
| SUBTRACT - Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

**ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.**

### Crediting of Payments

All loan payments must be accompanied by the account number or payment coupon provided. Loan payments must be sent to 219 S. 9th Street, Perkasie, PA 18944. Loan payments may also be made in person at any of our branch locations. Payments must be received by end of business day, Monday - Saturday, except bank holidays, to be credited as of that date. All other payments received will be credited as of the next business day or as otherwise permitted by law.

### DISCLOSURES REQUIRED BY THE FEDERAL TRUTH-IN-LENDING LAW
### How We Determine The Balance On Which Your Finance Charge Is Computed

We figure the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### BILLING RIGHTS SUMMARY
### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or you need more information about a transaction on your bill, write us (on a separate sheet) at 219 S. 9th Street, Perkasie, PA 18944 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as a delinquent or take any action to collect the amount you question.
To contact the Loan Operations Department, please call 215-788- 3346.
(Rev. 11/2015)







215-788-1234
PennCommunityBank.com

Page 3 of 10

| TRANSACTIONS | Basic Business Checking | | | XXXXXXX2830 |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 07/01 | External Deposit PA PACE 20210701 - HCCLAIMPMT TRN*1*55494978*1540849793*55494978-PACE~ 55494978 | $274.91 | | $105,146.97 |
| 07/01 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $227.35 | | $105,374.32 |
| 07/01 | Eff. 06-30 External Withdrawal Independent Phar - WAREHOUSE 10373078 | | $527.13– | $104,847.19 |
| 07/01 | Eff. 06-30 External Withdrawal IRS - USATAXPYMT 270158180387993 | | $3,880.32– | $100,966.87 |
| 07/01 | Eff. 06-30 External Withdrawal MCKESSON DRUG - AUTO ACH 1410852796 | | $6,454.99– | $94,511.88 |
| 07/02 | External Deposit RXCROSSROADS BY - HCCLAIMPMT TRN*1*4655531*1203113620\ | $1,069.96 | | $95,581.84 |
| 07/02 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $878.42 | | $96,460.26 |
| 07/02 | External Deposit ARGUS HEALTH SYS 0002SS&C 06/24/21 - HCCLAIMPMT TRN*1*905716667*1363569642~ 905716667 | $6.56 | | $96,466.82 |
| 07/02 | External Deposit ProviderPay EDI - EDI PYMNTS 494090202600001 | $1.52 | | $96,468.34 |
| 07/02 | Eff. 07-01 External Withdrawal Independent Phar - WAREHOUSE 10373078 | | $210.25– | $96,258.09 |
| 07/02 | Eff. 07-01 External Withdrawal HRTLAND PMT SYS - TXNS/FEES 650000009093314 | | $723.53– | $95,534.56 |
| 07/02 | Eff. 07-01 External Withdrawal MCKESSON DRUG - AUTO ACH 1410854557 | | $3,483.38– | $92,051.18 |
| 07/02 | Deposit | $386.00 | | $92,437.18 |
| 07/02 | Deposit | $9,639.77 | | $102,076.95 |
| 07/02 | Check 1600 | | $1,455.38– | $100,621.57 |
| 07/06 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $20,656.09 | | $121,277.66 |
| 07/06 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $1,036.93 | | $122,314.59 |
| 07/06 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $405.09 | | $122,719.68 |
| 07/06 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $165.83 | | $122,885.51 |
| 07/06 | Eff. 07-02 External Withdrawal ASSOC PHARMACIES - PAYMENT | | $27.02– | $122,858.49 |
| 07/06 | Eff. 07-02 External Withdrawal MCKESSON DRUG - AUTO ACH 1410855736 | | $7,664.98– | $115,193.51 |
| 07/06 | Deposit | $80.00 | | $115,273.51 |
| 07/06 | Deposit | $418.00 | | $115,691.51 |
| 07/07 | External Deposit ARGUS HEALTH SYS 0002SS&C 06/25/21 - HCCLAIMPMT TRN*1*905730451*1363569642~ 905730451 | $51.28 | | $115,742.79 |
| 07/07 | Eff. 07-06 External Withdrawal COMMWLTHOFPA INT BUSINESS TAX - PAEMPLOYTX TXP*94409444 *1051 *210630*T*0000041776* *P* 273606296 | | $417.76– | $115,325.03 |
| 07/07 | Eff. 07-06 External Withdrawal MCKESSON DRUG - AUTO ACH 1410857868 | | $3,200.00– | $112,125.03 |



215-788-1234
PennCommunityBank.com

Page 4 of 10

| TRANSACTIONS | Basic Business Checking | | | XXXXXXX2830 |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 07/07 | Check 1597 | | $1,685.85– | $110,439.18 |
| 07/07 | Check 1599 | | $1,422.81– | $109,016.37 |
| 07/07 | Check 4895 | | $65.36– | $108,951.01 |
| 07/07 | Check 4902 | | $6,495.08– | $102,455.93 |
| 07/08 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $13,346.08 | | $115,802.01 |
| 07/08 | External Deposit ARGUS HEALTH SYS 0022SS&C 06/15/21 - HCCLAIMPMT TRN*1*905678767*1363569642~ 905678767 | $9,037.83 | | $124,839.84 |
| 07/08 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $633.66 | | $125,473.50 |
| 07/08 | External Deposit PA PACE 20210708 - HCCLAIMPMT TRN*1*55495895*1540849793*55495895-PACE~ 55495895 | $390.00 | | $125,863.50 |
| 07/08 | Eff. 07-07 External Withdrawal ACCOUNTANTSWORLD - PAYROLLDBT 67464821 | | $375.00– | $125,488.50 |
| 07/08 | Eff. 07-07 External Withdrawal MCKESSON DRUG - AUTO ACH 1410860272 | | $5,850.90– | $119,637.60 |
| 07/08 | Eff. 07-07 External Withdrawal ACCOUNTANTSWORLD - PAYROLLDBT 67464787 | | $9,436.74– | $110,200.86 |
| 07/08 | Check 4901 | | $484.91– | $109,715.95 |
| 07/09 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $347.92 | | $110,063.87 |
| 07/09 | Eff. 07-08 External Withdrawal MANAGED HEALTH C NETRX - NETRX | | $167.48– | $109,896.39 |
| 07/09 | Eff. 07-08 External Withdrawal Independent Phar - WAREHOUSE 10373078 | | $323.04– | $109,573.35 |
| 07/09 | Eff. 07-08 External Withdrawal MCKESSON DRUG - AUTO ACH 1410861997 | | $6,704.26– | $102,869.09 |
| 07/09 | Deposit | $646.00 | | $103,515.09 |
| 07/09 | Deposit | $1,777.66 | | $105,292.75 |
| 07/09 | Check 4898 | | $145.60– | $105,147.15 |
| 07/12 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $11,309.60 | | $116,456.75 |
| 07/12 | External Deposit ARGUS HEALTH SYS 0002SS&C 06/30/21 - HCCLAIMPMT TRN*1*905749271*1363569642~ 905749271 | $1,112.15 | | $117,568.90 |
| 07/12 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $321.45 | | $117,890.35 |
| 07/12 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $316.00 | | $118,206.35 |
| 07/12 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $274.64 | | $118,480.99 |
| 07/12 | Eff. 07-09 External Withdrawal PAYROLLTAX - TAX DEBIT 67648444 | | $3,661.85– | $114,819.14 |
| 07/12 | Eff. 07-09 External Withdrawal MCKESSON DRUG - AUTO ACH 1410863197 | | $5,293.64– | $109,525.50 |
| 07/12 | Check 4899 | | $549.66– | $108,975.84 |
| 07/13 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $11,648.02 | | $120,623.86 |



215-788-1234
PennCommunityBank.com

Page 5 of 10

| TRANSACTIONS | Basic Business Checking | | | XXXXXXX2830 |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 07/13 | External Deposit ASSOC PHARMACIES - PAYMENT 201651 | $1,111.68 | | $121,735.54 |
| 07/13 | Eff. 07-12 External Withdrawal PHILADELPHIAPTX 610-724-9305 - WEB PMTS TDSLRG | | $444.12- | $121,291.42 |
| 07/13 | Eff. 07-12 External Withdrawal PRUDENTIAL - INS PREM | | $2,285.94- | $119,005.48 |
| 07/13 | Eff. 07-12 External Withdrawal MCKESSON DRUG - AUTO ACH 1410870114 | | $6,582.84- | $112,422.64 |
| 07/13 | Deposit | $8,954.07 | | $121,376.71 |
| 07/13 | Deposit | $378.00 | | $121,754.71 |
| 07/14 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $198.32 | | $121,953.03 |
| 07/14 | Eff. 07-13 External Withdrawal Independent Phar - WAREHOUSE 10373078 | | $316.86- | $121,636.17 |
| 07/14 | Eff. 07-13 External Withdrawal MCKESSON DRUG - AUTO ACH 1410872735 | | $14,246.72- | $107,389.45 |
| 07/14 | Check 4896 | | $1,344.53- | $106,044.92 |
| 07/14 | Check 4897 | | $135.00- | $105,909.92 |
| 07/15 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $19,585.02 | | $125,494.94 |
| 07/15 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $208.94 | | $125,703.88 |
| 07/15 | External Deposit PA PACE 20210715 - HCCLAIMPMT TRN*1*55496826*1540849793*55496826-PACE~ 55496826 | $192.54 | | $125,896.42 |
| 07/15 | Eff. 07-14 External Withdrawal Independent Phar - WAREHOUSE 10373078 | | $210.28- | $125,686.14 |
| 07/15 | Eff. 07-14 External Withdrawal MCKESSON DRUG - AUTO ACH 1410874873 | | $11,186.77- | $114,499.37 |
| 07/16 | External Deposit RXCROSSROADS BY - HCCLAIMPMT TRN*1*4668126*1203113620\ | $2,436.00 | | $116,935.37 |
| 07/16 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $1,877.85 | | $118,813.22 |
| 07/16 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $731.18 | | $119,544.40 |
| 07/16 | External Deposit ARGUS HEALTH SYS 0002SS&C 07/08/21 - HCCLAIMPMT TRN*1*905762920*1363569642~ 905762920 | $436.48 | | $119,980.88 |
| 07/16 | External Deposit ASSOC PHARMACIES - PAYMENT 201651 | $130.41 | | $120,111.29 |
| 07/16 | Eff. 07-15 External Withdrawal PAYROLLTAX - TAX DEBIT 67890426 | | $395.87- | $119,715.42 |
| 07/16 | Eff. 07-15 External Withdrawal MCKESSON DRUG - AUTO ACH 1410876157 | | $5,722.32- | $113,993.10 |
| 07/16 | Deposit | $25.27 | | $114,018.37 |
| 07/16 | Deposit | $355.00 | | $114,373.37 |
| 07/19 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $1,087.89 | | $115,461.26 |
| 07/19 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $972.66 | | $116,433.92 |



215-788-1234
PennCommunityBank.com

Page 6 of 10

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 07/19 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $364.77 | | $116,798.69 |
| 07/19 | Eff. 07-16 External Withdrawal MCKESSON DRUG - AUTO ACH 1410877772 | | $10,320.57- | $106,478.12 |
| 07/20 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $9,714.57 | | $116,192.69 |
| 07/20 | External Deposit ARGUS HEALTH SYS 0002SS&C 07/09/21 - HCCLAIMPMT TRN*1*905776572*1363569642~ 905776572 | $966.68 | | $117,159.37 |
| 07/20 | Domestic Wire Withdrawal WIRE OUT Vip Pharmacy Inc | | $50,000.00- | $67,159.37 |
| 07/20 | Domestic Wire Wth Fee WIRE FEE | | $10.00- | $67,149.37 |
| 07/20 | Eff. 07-19 External Withdrawal KEYSTONE PHONE_724-978-0300 - TAXPAYMENT | | $892.46- | $66,256.91 |
| 07/20 | Deposit | $229.00 | | $66,485.91 |
| 07/20 | Deposit | $8,858.85 | | $75,344.76 |
| 07/20 | Check 4900 | | $384.00- | $74,960.76 |
| 07/21 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $1,423.80 | | $76,384.56 |
| 07/21 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $818.33 | | $77,202.89 |
| 07/22 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $22,010.72 | | $99,213.61 |
| 07/22 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $633.42 | | $99,847.03 |
| 07/22 | External Deposit PA PACE 20210722 - HCCLAIMPMT TRN*1*55497763*1540849793*55497763-PACE~ 55497763 | $65.00 | | $99,912.03 |
| 07/22 | Eff. 07-21 External Withdrawal ACCOUNTANTSWORLD - PAYROLLDBT 68009650 | | $375.00- | $99,537.03 |
| 07/22 | Eff. 07-21 External Withdrawal MatchRX - MatchRX De FV2347044 | | $1,015.71- | $98,521.32 |
| 07/22 | Eff. 07-21 External Withdrawal ACCOUNTANTSWORLD - PAYROLLDBT 68010362 | | $9,329.11- | $89,192.21 |
| 07/23 | External Deposit ARGUS HEALTH SYS 0022SS&C 06/30/21 - HCCLAIMPMT TRN*1*905738322*1363569642~ 905738322 | $1,559.06 | | $90,751.27 |
| 07/23 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $454.57 | | $91,205.84 |
| 07/23 | Deposit | $6,589.53 | | $97,795.37 |
| 07/23 | Deposit | $453.00 | | $98,248.37 |
| 07/26 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $7,440.56 | | $105,688.93 |
| 07/26 | External Deposit ARGUS HEALTH SYS 0002SS&C 07/16/21 - HCCLAIMPMT TRN*1*905794874*1363569642~ 905794874 | $1,332.25 | | $107,021.18 |
| 07/26 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $366.17 | | $107,387.35 |
| 07/26 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $347.60 | | $107,734.95 |

**TRANSACTIONS** — *Basic Business Checking* — XXXXXXX2830



**215-788-1234**
**PennCommunityBank.com**

Page 7 of 10

| TRANSACTIONS | | Basic Business Checking | | XXXXXXX2830 |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 07/26 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $243.09 | | $107,978.04 |
| 07/26 | Eff. 07-23 External Withdrawal PAYROLLTAX - TAX DEBIT 68208808 | | $3,754.41- | $104,223.63 |
| 07/27 | External Deposit ARGUS HEALTH SYS 0002SS&C 07/17/21 - HCCLAIMPMT TRN*1*905808641*1363569642~ 905808641 | $2,130.61 | | $106,354.24 |
| 07/27 | External Deposit RELAY HEALTH - RX_NET_SOL TRN*1*176643*1580977458*RH EVOUCHER\ | $1,327.56 | | $107,681.80 |
| 07/27 | Deposit | $412.00 | | $108,093.80 |
| 07/27 | Deposit | $659.16 | | $108,752.96 |
| 07/28 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $15,433.97 | | $124,186.93 |
| 07/28 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $818.86 | | $125,005.79 |
| 07/28 | Domestic Wire Withdrawal WIRE OUT Vip Pharmacy Inc | | $50,000.00- | $75,005.79 |
| 07/28 | Domestic Wire Wth Fee WIRE FEE | | $10.00- | $74,995.79 |
| 07/29 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $12,811.01 | | $87,806.80 |
| 07/29 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $440.95 | | $88,247.75 |
| 07/29 | External Deposit PA PACE 20210729 - HCCLAIMPMT TRN*1*55498673*1540849793*55498673-PACE~ 55498673 | $98.77 | | $88,346.52 |
| 07/29 | Eff. 07-28 External Withdrawal PAYROLLTAX - TAX DEBIT 68390516 | | $17.16- | $88,329.36 |
| 07/30 | External Deposit ACCESS HEALTH - ACCESS HEA 3994767 | $5,994.78 | | $94,324.14 |
| 07/30 | External Deposit RXCROSSROADS BY - HCCLAIMPMT TRN*1*4680854*1203113620\ | $1,551.25 | | $95,875.39 |
| 07/30 | External Deposit HRTLAND PMT SYS - TXNS/FEES 650000009093314 | $648.58 | | $96,523.97 |
| 07/30 | Deposit | $366.00 | | $96,889.97 |
| 07/30 | Deposit | $374.32 | | $97,264.29 |
| 07/31 | ENDING BALANCE | | | $97,264.29 |

| CHECK REGISTER | | | Basic Business Checking | | | XXXXXXX2830 | | |
|---|---|---|---|---|---|---|---|---|
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 1597 | 07/07 | $1,685.85 | 4896 | 07/14 | $1,344.53 | 4900 | 07/20 | $384.00 |
| 1599* | 07/07 | $1,422.81 | 4897 | 07/14 | $135.00 | 4901 | 07/08 | $484.91 |
| 1600 | 07/02 | $1,455.38 | 4898 | 07/09 | $145.60 | 4902 | 07/07 | $6,495.08 |
| 4895* | 07/07 | $65.36 | 4899 | 07/12 | $549.66 | | | |

*(\* INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*
*(\# AFTER THE CHECK AMOUNT INDICATES ACH CHECK)*



215-788-1234
PennCommunityBank.com

Page 8 of 10

| FEE SUMMARY | Basic Business Checking | XXXXXXX2830 |
| --- | --- | --- |

| DESCRIPTION | CYCLE TO DATE | YEAR TO DATE |
| --- | --- | --- |
| TOTAL OVERDRAFT FEE | $0.00 | $0.00 |
| TOTAL RETURN ITM FEE | $0.00 | $0.00 |

23

Statement From:    07/01/21
Statement To:    07/31/21
Account:    XXXXXX2830
Page 9 of 10



| 7/7/2021 | 1597 | $1,685.85 |
| 7/7/2021 | 1599 | $1,422.81 |
| 7/2/2021 | 1600 | $1,455.38 |
| 7/7/2021 | 4895 | $65.36 |
| 7/14/2021 | 4896 | $1,344.53 |
| 7/14/2021 | 4897 | $135.00 |
| 7/9/2021 | 4898 | $145.60 |
| 7/12/2021 | 4899 | $549.66 |
| 7/20/2021 | 4900 | $384.00 |
| 7/8/2021 | 4901 | $484.91 |

24



| 7/7/2021 | 4902 | $6,495.08 |

6:06 PM

08/11/21

# VIP PHARMACY INC
## Reconciliation Summary
### 3000 · PENN A/C 2840, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 44.46 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -1,261.35 |
| Deposits and Credits - 1 item | 1,261.00 |
| **Total Cleared Transactions** | -0.35 |
| **Cleared Balance** | **44.11** |
| **Register Balance as of 07/31/2021** | 44.11 |
| **Ending Balance** | 44.11 |



**Penn Community** Bank

118 Mill Street
Bristol, PA 19007-0032

215-788-1234
PennCommunityBank.com

Page 1 of 3

RETURN SERVICE REQUESTED

VIP PHARMACY INC
LOTTERY ACCOUNT
PO BOX 429
LEVITTOWN  PA  19058-0429

| Account Number | XXXXXXX2840 |
|---|---|
| Statement Period | |
| From | 07/01/21 |
| Through | 07/31/21 |

### FINANCIAL SUMMARY

| Account Number | Account Type | Balance |
|---|---|---|
| XXXXXXX2840 | Basic Business Checking | $44.11 |
| **TOTAL OF ALL ACCOUNTS** | | $44.11 |

### ACCOUNT SUMMARY — Basic Business Checking — XXXXXXX2840

| Account # | XXXXXXX2840 | | |
|---|---|---|---|
| | | Beginning Balance | $44.46 |
| | | Deposits/Credits | $1,261.00 |
| Average Balance | $0.00 | Interest Paid | $0.00 |
| Earned Interest This Period | $0.00 | Checks/Debits | $1,261.35 |
| YTD Interest | $0.00 | Service Charges | $0.00 |
| YTD Withholding | $0.00 | Ending Balance | $44.11 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Deposits/Credits | 1 |
| | | # Checks/Debits | 1 |

### TRANSACTIONS — Basic Business Checking — XXXXXXX2840

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 07/01 | BEGINNING BALANCE | | | $44.46 |
| 07/06 | Deposit | $1,261.00 | | $1,305.46 |
| 07/07 | External Withdrawal COMMW. OF PA | | $1,261.35- | $44.11 |
| | PENNSYLVANIA LOTTERY - LOTTERY 160385 | | | |
| 07/31 | ENDING BALANCE | | | $44.11 |



Save up to
**$750**
on home purchase closing costs
Visit a branch or apply online today at PennCommunityBank.com/ClosingCost

Contact us at once if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. By phone, call us at 215-788-1234; By Internet, go to www.penncommunitybank.com and click on "Contact Us"; By mail, write us at Penn Community Bank, Attn: Deposit Operations, 118 Mill Street, Bristol, PA 19007 as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)    Tell us your name and account number.
(2)    Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3)    Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we recredit your account with funds while investigating an error, you must repay those funds to us if we decide no error has occurred.

Current account schedules detailing terms, charges and interest rates are available upon request.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**



### CHECKS OUTSTANDING
(Not Shown on Statement)

Month _____        _____

| NUMBER | $ |
|--------|---|
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
| **TOTAL** | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period Shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD - Deposits Received By Bank After Date of this Statement | $ |
| TOTAL | $ |
| SUBTRACT - Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

**ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN THIRTY DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.**

**Crediting of Payments**

All loan payments must be accompanied by the account number or payment coupon required. Loan payments must be sent to 219 S. 9th Street, Perkasie, PA 18944. Loan payments may also be made in person at any of our branch locations. Payments must be received by end of business day, Monday - Saturday, except bank holidays, to be credited as of that date. All other payments received will be credited as of the next business day or as otherwise permitted by law.

**DISCLOSURES REQUIRED BY THE FEDERAL TRUTH-IN-LENDING LAW**
**How We Determine The Balance On Which Your Finance Charge Is Computed**

We figure the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or you need more information about a transaction on your bill, write us (on a separate sheet) at 219 S. 9th Street, Perkasie, PA 18944 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as a delinquent or take any action to collect the amount you question.
To contact the Loan Operations Department, please call 215-788- 3346.
(Rev. 11/2015)


Member
**FDIC**


EQUAL HOUSING
LENDER



215-788-1234
PennCommunityBank.com

Page 3 of 3

| FEE SUMMARY | Basic Business Checking | | XXXXXXX2840 |
|---|---|---|---|
| DESCRIPTION | CYCLE TO DATE | | YEAR TO DATE |
| TOTAL OVERDRAFT FEE | $0.00 | | $0.00 |
| TOTAL RETURN ITM FEE | $0.00 | | $0.00 |

2:44 PM

08/14/21

Cash Basis

# VIP PHARMACY INC
## Profit & Loss
### July 2021

|  | Jul 21 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **47900 · Sales** |  |
| 47940 · Non Taxable Sales | 258,684.55 |
| **Total 47900 · Sales** | 258,684.55 |
| **Total Income** | 258,684.55 |
| **Cost of Goods Sold** |  |
| **50000 · Cost of Goods Sold** |  |
| 50012 · Opening Inventory - COGS | 137,500.00 |
| 50025 · Purchase - Medicines | 167,608.36 |
| 51800 · Merchant Account Fees | 723.53 |
| 52900 · Purchases - Resale Items | 65.36 |
| 52950 · Closing Inventory - COGS | -136,000.00 |
| **Total 50000 · Cost of Goods Sold** | 169,897.25 |
| **Total COGS** | 169,897.25 |
| **Gross Profit** | 88,787.30 |
| **Expense** |  |
| 60400 · Bank Service Charges | 50.00 |
| 61700 · Computer and Internet Expen... | 1,829.44 |
| **62750 · Gross Salary** |  |
| 62755 · Salary- Officers | 5,000.00 |
| 62760 · Salary- Staff | 20,636.50 |
| **Total 62750 · Gross Salary** | 25,636.50 |
| 63300 · Insurance Expense | 2,285.94 |
| 64250 · Licenses & Permit | 60.00 |
| 64350 · Net Salary | 0.00 |
| 64915 · Outside services- 1099 | 750.00 |
| 67100 · Rent Expense | 6,495.08 |
| 67300 · Security Expense | 250.00 |
| **68500 · Taxes** |  |
| 68515 · FICA TAXES | 1,961.19 |
| 68530 · State Unemployment Exps | 0.01 |
| **Total 68500 · Taxes** | 1,961.20 |
| **68600 · Utilities** |  |
| 68610 · Gas & Electric | 549.66 |
| 68620 · Trash Expense | 145.60 |
| 68630 · Alarm/Security | 135.00 |
| **Total 68600 · Utilities** | 830.26 |
| **Total Expense** | 40,148.42 |
| **Net Ordinary Income** | 48,638.88 |
| **Net Income** | 48,638.88 |

30