# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

VIP PHARMACY, INC.

*Debtor.*

Chapter 11

Bankruptcy No. 21-10428(ELF)

**NOTICE OF THE FIRST INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES
OF OFFIT KURMAN, P.C., COUNSEL FOR THE DEBTOR,
FOR THE PERIOD FEBRUARY 23, 2021 THROUGH AUGUST 31, 2021**

TO ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN:

    1.    A First Interim Application by Counsel for the Debtor for Compensation and Reimbursement of Expenses has been filed by the Law Offices of Offit Kurman, P.C. Compensation has been requested for services rendered in the amount of $57,490.00 and reimbursement of expenses in the amount of $1,927.00 for the period February 23, 2021 through August 31, 2021. This First Interim Application is made to approve the payment of professional fees and reimbursement of costs advanced.

    2.    The Debtor, any creditor, or party in interest may file an answer, objection, or other responsive pleading with the Clerk, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy on counsel, whose name and address appears below, on or before fourteen (14) days from the date of service of this Notice.

    3.    The Debtor, any creditor, or party in interest may request a hearing, in writing, stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

4. In the absence of any answer, objection, responsive pleading, or request for a hearing, counsel shall certify to the Court the absence of such objection and shall submit a proposed form of Order authorizing the payment of the requested fees.

Respectfully submitted:

**OFFIT KURMAN, P.C.**

By: */s/ P.J. Winterhalter*
PAUL J. WINTERHALTER
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel for the for the*
*Debtor-in-Possession, VIP Pharmacy, Inc.*

Dated: October 14, 2021

4838-0686-8988, v. 1