IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VIP PHARMACY, INC.<br><br>                *Debtor.* | Chapter 11<br><br>Bankruptcy No. 21-10428(ELF) |

**CERTIFICATE OF SERVICE FOR THE
DEBTOR'S REPORT OF PLAN VOTING**

    I, Paul J. Winterhalter, Esquire, hereby certify that I did cause or confirmed a true and correct copy of the Report of Plan Voting as filed with the Bankruptcy Court, was served or is being served this 5th day of November 2021 via the Court's ECF distribution system of if a recipient does not receive notice through the ECF system by first-class U.S. Mail, postage prepaid upon the following individuals:

Dave P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
Dave.P.Adams@usdoj.gov
*Counsel to the United States Trustee*

Morton R. Branzburg, Esquire
Corinne Samler Brennan, Esquire
Carol Ann Slocum, Esquire
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com
cbrennan@klehr.com
cslocum@klehr.com
*Counsel for Creditor, H.D. Smith, LLC*

1

Lee Mogavero, Esquire
Subchapter V Trustee
Freidman Schuman
101 Greenwood Avenue, Suite 500
Jenkintown, PA 19046
lmogavero@fsalaw.com
*Subchapter V Trustee*

Pamela Elchert Thurmond, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 John F. Kennedy Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Pamela.Thurmond@phila.gov
*Counsel for the City of Philadelphia*

Bruce W. Bieber, Esquire
Kurzman Eisenberg Corbin & Lever, LLP
One North Broadway, 12th Floor
White Plains, NY 10601
bbieber@kelaw.com
*Counsel for Rochester Drug Cooperative, Inc.*

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
*Counsel for Woori America Bank*

Anda
3000 Alt Boulevard
Grand Island, NY 14072

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Gavin P. Lentz Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

H.D. Smith LLC
3063 Fiat Avenue
Springfield, IL 62703

Health Source
7200 Rutherford Road, Suite 150
Windsor Mill, MD 21244

Kaushal Patel
8 Sarah Drive
Newtown, PA 18940

KBS Pharmacy
2112 Street Road
Bensalem, PA 19020

Masters Pharmaceutical
P.O. Box 840713
Dallas, TX 75284-0713

McKesson Corporation
One John Henry Drive
Robbinsville, NJ 08691-2800

Rochester Drug Cooperative Inc
c/o SPOT Cowork
21 Goodway Drive
Rochester, New York 14623

Shri Santram Corporation
4005 Veterans Highway
Levittown, PA 19056

Top Rx
2950 Brother Boulevard
Memphis, TN 38133

United States Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States ex rel.
John Doe, relator [under seal]
Attn: Judith Amoroso, Esquire AUSA
615 Chestnut St, Ste 1250
Philadelphia, PA 19106

3

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

Windsor Shopping Center LP
10 Canal Street
Bristol, PA 19007

Woori America Bank
330 Fifth Avenue, 3rd Floor
New York, NY 10001

Respectfully submitted:

**OFFIT KURMAN, P.C.**

By: */s/ P.J. Winterhalter*
PAUL J. WINTERHALTER
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
Email: pwinterhalter@offitkurman.com

*Counsel to the Debtor, VIP Pharmacy, Inc.*

Dated: November 5, 2021